UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY ALLEN SORENSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0422 (RMC) |
| | ) | |
| **W. RALPH BASHAM,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

 /s Sherease Louis
SHEREASE LOUIS (NY SL7322)
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Notice of Appearance was sent by the Court's Electronic Case Filing System, this 15th day of March, 2007 to:

Thomas K. Ragland
Maggio & Kattar, P.C.
11 Dupont Circle, N.W., Suite 775
Washington, D.C. 20036
tragland@maggio-kattar.com

    /s Shearease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895