AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 3/5/2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Thomas K. Ragland | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): **Via certified U.S. mail, postage pre-paid**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/5/2007
             Date

*Signature of Server*
**MAGGIO & KATTAR**
**11 Dupont Circle NW Suite 775**
**Washington, DC 20036**

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Gary SORENSON

**SUMMONS IN A CIVIL CASE**

V.

W. Ralph BASHAM et al

CASE NUMBER  1:07CV00422

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 03/02/2007

TO: (Name and address of Defendant)

W. Ralph BASHAM. Commissioner
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, DC 20229

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas K. Ragland
Maggio & KATTAR
11 Dupont Circle NW
Suite 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                MAR 0 2 2007
CLERK                                                  DATE

*(signature)* Janette Stewart

(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W. Ralph Basham
Commissioner
U.S. Customs & Border Protection
1300 Pennsylvania Avenue NW
Washington DC 20229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7006 0100 0002 7165 8486

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540


**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 0100 0002 6165 8486**
Detailed Results:

- **Delivered, March 05, 2007, 9:18 am, WASHINGTON, DC 20229**
- **Notice Left, March 04, 2007, 7:23 am, WASHINGTON, DC 20229**
- **Arrival at Unit, March 04, 2007, 6:25 am, WASHINGTON, DC 20022**

**Track & Confirm**
Enter Label/Receipt Number.

( < Back )    ( Return to USPS.com Home > )    ( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

  POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**    
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy