UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY ALLEN SORENSON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>W. RALPH BASHAM, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-0422 (RMC) |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO THE COMPLAINT**

Federal defendants, U.S. Customs and Border Patrol ("CBP"), U.S. Department of Homeland Security ("DHS"), and Federal Bureau of Investigation ("FBI"), hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of seven (7) days, up to and including May 14, 2007, to answer, move or otherwise respond to plaintiff's Complaint. No previous enlargements have been sought by or granted to the United States for these purposes. Defendants' counsel does not consent to the relief requested in this motion. The grounds for this request are as follows:

1. The undersigned counsel began working at the U.S. Attorney's Office on February 28, 2007, and was subsequently assigned to this case.

2. Service of the Summons and Complaint was executed on the Department of Homeland Security on March 9, 2007; on the Federal Bureau of Investigation on March 5, 2007; on the U.S. Customs and Border Protection on March 5, 2007;

on the Attorney General on March 5, 2007, and on the U.S. Attorney on March 5, 2007[1].

3. The Complaint requires coordination with three federal agencies for the filing of defendants' response.

4. The undersigned counsel has been unable to complete the discussions and coordination with one of the three agencies that would be necessary for the filing of defendants' response. Therefore, defendants request an enlargement of time until May 14, 2007, to respond to the Complaint.

5. The additional time requested will provide undersigned counsel with the opportunity to confer with the federal defendants with regard to this action. The requested enlargement should not cause undue delay or prejudice to plaintiff in the ultimate disposition of this case.

---

[1] The Civil Division of the U.S. Attorney's Office did not actually physically receive a copy of the Summons and Complaint until March 6, 2007, as the Summons and Complaint were delivered to the Criminal Division of the U.S. Attorney's Office.

6.      This extension is sought in good faith.

Accordingly, defendants respectfully requests that the Motion be granted. A proposed order is attached.

                    Respectfully submitted,

                        Jeffrey Taylor
                  JEFFREY A. TAYLOR, D.C. BAR # 498610
                  United States Attorney

                        Rudolph Contreras
                  RUDOLPH CONTRERAS, D.C. BAR #  434122
                  Assistant United States Attorney

                      s/Sherease Louis
                  SHEREASE LOUIS
                  Special Assistant United States Attorney
                  United States Attorney's Office
                  Civil Division
                  555 4th Street, N.W.
                  Washington, D.C. 20530
                  (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY ALLEN SORENSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0422 (RMC) |
| ) | |
| W. RALPH BASHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of May 2007, a true and correct copy of the foregoing motion and proposed order was sent by the Court's Electronic Case Filing System, this 7th day of May , 2007 to:

Thomas K. Ragland
Maggio & Kattar, P.C.
11 Dupont Circle, N.W., Suite 775
Washington, D.C. 20036
tragland@maggio-kattar.com

    /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY ALLEN SORENSON,**     )<br>                                                            )<br>            Plaintiff,              )<br>       v.                                          )<br>                                                            )<br>**W. RALPH BASHAM,** *et al.*,    )<br>                                                            )<br>            Defendants.         )<br>_____) | Civil Action No. 07-0422 (RMC) |

**ORDER**

UPON CONSIDERATION OF Defendants' Motion for Enlargement of Time To Answer, Move or Otherwise Respond to the Complaint, it is this ____ day of May, 2007,

ORDERED, that the defendant shall have until up to and including May 14, 2007, to file a response to Plaintiff's Complaint.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT COURT JUDGE

Copy to:

Thomas K. Ragland
Maggio & Kattar, P.C.
11 Dupont Circle, N.W., Suite 775
Washington, D.C. 20036