UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY ALLEN SORENSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0422 (RMC) |
| | ) | |
| **W. RALPH BASHAM**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO THE COMPLAINT**

Federal defendants, U.S. Customs and Border Protection ("CBP"), U.S. Department of Homeland Security ("DHS"), and Federal Bureau of Investigation ("FBI"), hereby move, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of one (1) day, to May 15, 2007, to answer, move or otherwise respond to plaintiff's Complaint. Defendants' counsel has consented to the relief requested in this motion. The grounds for this request are as follows:

1. A response to the Complaint is currently due on May 14, 2007.

2. A dispositive motion has been substantially completed. However, because consultations with agency counsel were unable to be completed on May 14, 2007, counsel will need one (1) additional business day to circulate the brief for final comment and approval. The additional time requested will provide undersigned counsel with the opportunity to confer with agency counsel and finalize a response for filing on Tuesday May 14, 2007.

3. This extension is sought in good faith.

Accordingly, defendants respectfully request that the Motion be granted. A proposed order is attached.

Respectfully submitted,

  Jeffery A. Taylor
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

  Rudolph Contreras
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

 /s/Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C. 20530
(202) 307-0895
Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY ALLEN SORENSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0422 (RMC) |
| ) | |
| W. RALPH BASHAM, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Motion and Proposed Order were sent by the Court's Electronic Case Filing System, this 14th day of May, 2007, to:

Thomas K. Ragland
Maggio & Kattar
11 Dupont Circle, N.W.
Suite 775
Washington, D.C.  20036

                /s/ Sherease Louis
                SHEREASE LOUIS
                Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY ALLEN SORENSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0422 (RMC) |
| | ) | |
| **W. RALPH BASHAM,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

UPON CONSIDERATION of the *Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint,* and for good cause shown, it is by the Court,

ORDERED that the Defendant's motion should be and is hereby granted, and thus, defendant shall have up to and including May 15, 2007, to respond to Plaintiff's Complaint.

SO ORDERED.

_____          _____
DATE                                               ROSEMARY M. COLLYER
                                                        UNITED STATES DISTRICT COURT JUDGE