UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**Gary Allen SORENSON,**           )
                                   )
    **Plaintiff**                 )
                                   )
**v.**                             )
                                   )
**W. Ralph BASHAM, Commissioner,** )   Civ. No. 07-0422 (RMC)
**U.S Customs and Border Protection, et al.,** )
                                   )
    **Defendants**                )
_____)


**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO THE COMPLAINT**

    The Plaintiff, Gary Allen Sorenson, hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an enlargement of time of twenty one (21) days, up to and including June 19, 2007, to answer, move or otherwise respond to Defendant's Motion to Dismiss. No previous enlargements have been sought by or granted to the Plaintiff for these purposes. Defendants' counsel does not oppose to the relief requested in this motion. The grounds for this request are as follows:

1. Undersigned counsel has numerous other responsibilities the week of May 21, 2007, including two merit hearings before the U.S. Immigration Court, an adjustment of status interview, and appointments with the U.S. Citizenship and Immigration Services.

2. Undersigned counsel has a Responsive Brief due in Orlov v. Howard, case number 07-0350, due on or before May 25, 2007.

Plaintiff respectfully requests that the Court grant this enlargement. Counsel is working diligently to prepare the response for the above-captioned case, and assures the Court that he will make every effort to meet the revised deadline.

Respectfully Submitted,


_____/s/_____          _____
Thomas K. Ragland                              DATE
MAGGIO & KATTAR
11 Dupont Circle, NW
Suite 775
Washington, DC 20036

Phone: 202-483-0053
Fax:    202-483-6801

**CERTIFICATE OF SERVICE**

I, Thomas K. Ragland, do hereby certify that on this 21st day of May 2007, a true and correct copy of the foregoing Motion for Enlargement of Time to File Response to Defendants' Motion to Dismiss was filed electronically and thereby served upon:

> Sherease Louis
> Special Assistant United States Attorney
> United States Attorney's Office
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0895

_____/s /_____

Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW
Suite 775
Washington, DC 20036

Phone: 202-483-0053
Fax:    202-483-6801

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary Allen SORENSON,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| **W. Ralph BASHAM, Commissioner,** ) | Civ. No. 07-0422 (RMC) |
| **U.S Customs and Border Protection, et al.,** ) | |
| ) | |
|     **Defendants** ) | |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Enlargement of Time it is hereby ORDERED that said Motion is hereby GRANTED;

It is subsequently ORDERED that Plaintiff may submit a response to Defendants' Motion until **June 19, 2006**.

    DONE AND ORDERED this _____ day of May 2007,

 

                                        _____
                                        Rosemary M. Collyer
                                        United States District Judge
                                        United States District Court for the District of Columbia