UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **GARY ALLEN SORENSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-0422 (RMC) |
| | ) | |
| **W. RALPH BASHAM,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties, Plaintiff Gary Allen Sorenson and Defendants W. Ralph Basham, Commissioner, U.S. Customs and Border Protection, Michael Chertoff, Secretary, United States Department of Homeland Security, and Robert S. Mueller, Director, Federal Bureau of Investigation, through their respective counsel, hereby agree that the above-captioned case be voluntarily dismissed without prejudice, each side to bear its own costs and fees.

| | |
|---|---|
| /s/   by SL | /s/    by SL |
| THOMAS K. RAGLAND | JEFFREY A. TAYLOR, D.C. BAR # 498610 |
| MAGGIO & KATTAR | United States Attorney |
| 11 Dupont Circle, NW Suite 775 | |
| Washington, DC  20036 | /s/       by SL |
| Phone: (202) 483-0053 | RUDOLPH CONTRERAS, D.C. BAR # 434122 |
| Fax: (202) 483-6801 | Assistant United States Attorney. |
| | |
| *Counsel for Plaintiff* | /s/ Sherease Louis |
| | SHEREASE LOUIS |
| | Special Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | Phone: (202) 307-0895; Fax (202) 514-8780 |
| | sherease.louis@usdoj.gov |
| | |
| Dated: June 27, 2007 | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GARY ALLEN SORENSON,**              )<br>                                                              )<br>            Plaintiff,                             )<br>    v.                                                   )<br>                                                              )<br>**W. RALPH BASHAM,** *et al.*,           )<br>                                                              )<br>            Defendants.                        )<br>_____) | Civil Action No. 07-0422 (RMC) |

**ORDER**

Upon consideration of the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), it is this _____ day of June, 2007,

ORDERED that the above-captioned action be and hereby is DISMISSED WITHOUT PREJUDICE,

and it is further ORDERED that each side shall bear its own costs and fees.

SO ORDERED.

_____
United States District Judge